No. 69. SHOTKIN *v.* COLORADO EX REL. ATTORNEY GENERAL OF COLORADO. Supreme Court of Colorado. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion the petition should be granted. *Walter F. Dodd* for petitioner. *John W. Metzger,* Attorney General of Colorado, and *Vincent Cristiano,* Assistant Attorney General, for respondent.

No. 111. TAYLOR *v.* CITY OF BIRMINGHAM. Supreme Court of Alabama. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion the petition should be granted. *Earl B. Dickerson, Arthur D. Shores* and *John J. Abt* for petitioner. *Thomas E. Huey, Jr.* for respondent. *Thurgood Marshall* filed a brief for the National Association for the Advancement of Colored People, as *amicus curiae,* supporting the petition.

No. 164. ROBERTS *v.* MISSOURI-KANSAS-TEXAS RAILROAD CO. Court of Civil Appeals, Fifth Supreme Judicial District, of Texas. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion the petition should be granted. *F. Neilson Rogers* for petitioner. *Ralph Elliott* for respondent.